WINSTON & STRAWN LLP
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Jeffrey P. Catenacci

*Attorneys for Defendants*
*Louis Vuitton North America, Inc. and*
*Louis Vuitton USA Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JENNIFER CONWAY, | : | Honorable Joseph H. Rodriguez, U.S.D.J. |
| Plaintiff, | : | Civil Action No.  13 CV 1783 (JHR) (AMD) |
| v. | : | |
| LOUIS VUITTON, INC., | : | **CORPORATE DISCLOSURE STATEMENT** |
| LOUIS VUITTON NORTH AMERICA, INC. | : | **PURSUANT TO FED. R. CIV. P. 7.1(a)** |
| and LOUIS VUITTON USA, INC. | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Louis Vuitton North America, Inc.

("LVNA") and Louis Vuitton USA Inc. ("Louis Vuitton USA")[1], by and through their counsel,

Winston & Strawn LLP, hereby state as follows:

Louis Vuitton North America, Inc. is incorporated in Delaware.  Its stock is not
traded publicly.  More than ten (10) percent of LVNA's issued and outstanding
stock is owned by LVMH Moet Hennessy Louis Vuitton Inc. ("LVMH, Inc.").
LVMH, Inc. is incorporated in Delaware.  Its stock is not traded publicly.  The
owner(s) of the stock of LVMH Inc.'s issued and outstanding shares are foreign
entities which maintain an affiliation with LVMH Moet Hennessy Louis Vuitton
S.A., a French company, the shares of which are traded on a foreign exchange.

---

[1] Although Plaintiff also named "Louis Vuitton, Inc." as a defendant, there is no such entity.

Louis Vuitton USA Inc. is incorporated in Delaware.  Its stock is not traded publicly.  All of the outstanding stock of Louis Vuitton USA is owned by LVNA.

WINSTON & STRAWN LLP
*Attorneys for Defendants*
*Louis Vuitton North America, Inc. and*
*Louis Vuitton USA Inc.*


By:   *s/ Jeffrey P. Catenacci*
          Jeffrey P. Catenacci
          jcatenacci@winston.com

Dated: March 27, 2013


**OF COUNSEL:**

Shane W. Blackstone
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sblackstone@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, the foregoing Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1(a) was served by electronic filing upon the following:

Edith A. Pearce, Esq.
Rebecca L. Thomas, Esq.
The Pearce Law Firm
5 Split Rock Drive
Cherry Hill, New Jersey 08003

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.


_s/ Jeffrey P. Catenacci_
Jeffrey P. Catenacci


Dated:  March 27, 2013